EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Chief, Major Crimes Section

MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850
Facsimile:  541-2958
E-mail:  marshall.silverberg@usdoj.gov


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00288 SOM |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S RESPONSE TO |
| | ) | PROPOSED PRESENTENCE REPORT; |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| JOVENCIO MIGUEL, | ) | Sentencing date: 2/27/06 |
| | ) | Time:  2:15 p.m. |
| Defendant. | ) | Judge: Hon. Susan Oki Mollway |
| _____ | ) | |

GOVERNMENT'S RESPONSE TO PROPOSED PRESENTENCE REPORT

The United States has no objections or comments to the Proposed Presentence Report.

Dated:  January 23, 2006, at Honolulu, Hawaii.

                       EDWARD H. KUBO, JR.
                       United States Attorney

          By:

                  /s/ Marshall H. Silverberg
               MARSHALL H. SILVERBERG
               Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served by First Class Mail:

    William Domingo, Esq.
    568 Halekauwila Street
    Second Floor
    Honolulu, HI  96813

    Attorney for Defendant
    JOVENCIO MIGUEL

Served by hand delivery:

    John Davis
    U.S. Probation Officer
    Honolulu, Hawaii

    Dated:  January 23, 2006, at Honolulu, Hawaii.

    /s/ Cheri Abing