AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

V.

JOVENCIO MIGUEL

(Name and Address of Defendant)

WARRANT FOR ARREST

Case Number: CR 05-00288 SOM

**SEALED BY ORDER OF THE COURT**

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST JOVENCIO MIGUEL and bring him or her forthwith to the nearest district/ magistrate judge to answer an Information, charging him or her with (brief description of offense)

Count 1: Possession of an unregistered machine gun.
Count 2: Possession of a machine gun with obliterated serial number.

in violation of Title 18 United States Code, Section(s) 922(o), 924(a)(2) and 922(k), 924(a)(1)(B).

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| [signature] | July 7, 2005 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at  NO BAIL            By: Leslie E. Kobayashi, United States Magistrate Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| Date Received  7-8-05 | NAME AND TITLE OF ARRESTING OFFICER  James Power, S/A | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest  7/12/05 | | |